CERTIFIED TRUE COPY
ATTEST: WILLIAM M. McCOOL
Clerk, U.S. District Court
Western District of Washington
By [signature]
Deputy Clerk

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

Western District of Washington

United States of America
v.

HANY VELETANLIC

*Defendant*

Case No. MJ18-195

__ FILED __ ENTERED
__ LODGED __ RECEIVED

MAY 15 2018

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY DEPUTY

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* HANY VELETANLIC
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☑ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

Title 22, U.S.C. Section 2778(b)
Arms Export Control Act

Date: 04/26/2018

[signature]
*Issuing officer's signature*

City and state: Seattle, Washington

Mary Alice Theiler, United States Magistrate Judge
*Printed name and title*

**Return**

This warrant was received on *(date)* 4/26/2018, and the person was arrested on *(date)* 5/3/2018
at *(city and state)* Tulalip, WA

Date: 5/3/2018

[signature]
*Arresting officer's signature*

Glen Karabecka, Special Agent HSI
*Printed name and title*