WA/WD PTS-Summons
(01/15)

# UNITED STATES DISTRICT COURT
for
Western District of Washington

Petition for Summons for Defendant Under Pretrial Services Supervision

| | |
|---|---|
| *Name of Defendant*<br><br>**Veletanlic, Hany** | *Date*<br><br>5/11/2018 |
| *Name of Judicial Officer*<br><br>The Honorable Brian A. Tsuchida, Chief United States Magistrate Judge | *Case Number*<br><br>MJ18-195 |
| *Original Offense*<br><br>Arms Export Control Act | *Date Supervision Commenced*<br><br>5/9/2018 |

Bond Conditions Imposed:

- Submit to drug and alcohol testing, to include urinalysis, breathalyzer, or hand-held devices, as directed by Pretrial Services. You shall not use, consume or possess alcohol or any other product containing alcohol, including medication, unless prescribed to you by a physician and under the direction of Pretrial Services. Obtain an alcohol/substance abuse evaluation and follow any treatment recommendations as directed by Pretrial Services.
- Travel is restricted to King, Snohomish, and Pierce counties or as directed by Pretrial Services.
- Surrender all current and expired passports and travel documents to the court. Do not apply for/obtain a new passport or travel document from any country without permission of the court. If the surrendered passport is a foreign passport, it shall be forwarded to Immigration and Customs Enforcement if defendant is convicted of an offense, unless otherwise ordered by the Court.
- You are prohibited from possessing or having access to firearms and dangerous weapons. All firearms and dangerous weapons must be removed from your residence(s), vehicle(s), and place of employment. This condition operates in conjunction with any restrictions imposed under Title 18, USC 922, and the Washington State Revised Code, Chapter 9.41.
- Undergo a mental health, psychiatric or psychological evaluation and follow all treatment recommendations in that evaluation, as directed by Pretrial Services. You shall take all medications as prescribed.
- Provide Pretrial Services with any requested information regarding your financial status, income sources, and investments. Sign a Release of Information form for Credit Bureau Verification if requested by Pretrial Services.
- You must contribute towards the costs of the services required by this bond, to the extent you are financially able to do so, as determined by Pretrial Services.
- The defendant shall comply with the requirements of the U.S. Probation and Pretrial Services Computer Monitoring Program as directed. The defendant shall consent to the U.S. Probation and Pretrial Services Office conducting ongoing monitoring of his/her computer(s), hardware, software, and any/and all electronic devices/media.

The monitoring will include the installation, at the defendant's expense, of hardware or software systems that allow evaluation of his/her computer use. Monitoring may also include the retrieval and copying of all data from his/her computer(s) or any/and all other electronic devices/media. The defendant may be subject to quarterly polygraph testing at his/her expense, solely to ensure compliance with the requirements of the monitoring program. The defendant hereby consents to U.S. Probation and Pretrial Services' use of electronic detection devices to evaluate the defendant's access to WiFi (wireless fidelity) connections.

- The defendant shall comply with Stand Alone Monitoring component of Location Monitoring Program. The defendant will be monitored by Active Global Positioning Satellite technology which shall be utilized for purposes of verifying compliance with any court imposed condition of supervision. The defendant shall abide by all program requirements, and must contribute towards the costs of the services, to the extent financially able, as determined by the location monitoring specialist.

**PETITIONING THE COURT**

☒ To issue a summons

I allege the defendant has violated the following conditions of supervision:

**Nature of Noncompliance:**

1. Mr. Veletanlic violated a special condition of his bond that his internet access is limited to only computers equipped with and running the computer monitoring program, by accessing his email on or about May 9, 2018, and having another individual access his computer/internet on his behalf, without prior authorization.

**United States Probation Officer Recommendation:**

☒ Issue a summons

I have notified the United States Attorney's Office of this violation and they concur with the recommendation.

I swear under penalty of perjury that the foregoing is true and correct.

Executed on this 11th day of May, 2018.

Ben Beetham
United States Probation Officer

APPROVED:
Connie Smith
Chief United States Probation and Pretrial Services Officer

BY:

Jerrod F. Akins
Supervising United States Probation Officer

THE COURT FINDS PROBABLE CAUSE AND DIRECTS:

☒ The Issuance of a Summons (conditions of supervision shall remain in effect pending final adjudication)
☐ The Issuance of a Warrant under seal (conditions of supervision shall remain in effect pending final adjudication)
☐ Other

Brian A. Tsuchida, Chief United States Magistrate Judge

5/18/18
Date