UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON-SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, v. HANY VELETANLIC Defendant. | No. MJ18-195 AGREED ORDER FOR TEMPORARY SUSPENSION OF EHD REQUIREMENT |

The parties having so agreed and stipulating to entry of this order, it is hereby ORDERED:

U.S. Pretrial Services and Location Monitoring are authorized to remove the Electronic Monitoring device currently installed on the defendant as a condition of pretrial release, in order to allow the defendant to complete a surgical procedure on June 21, 2018, at 11 a.m. at Seattle Surgery Center, 900 Terry Ave, 3rd Floor, Seattle. The monitoring device shall be re-installed as soon as practicable after the surgery.

DATED this 20th day of June, 2018

________________________
United States Magistrate Judge

Agreed for entry:

Agreed by email
AUSA Thomas Woods

/s Jeffrey Kradel
Jeffrey L. Kradel
Attorney for Defendant



**KRADEL DEFENSE PLLC**
1001 4th Ave., Suite 4050
Seattle, Washington 98154
jeff@kradeldefense.com