The Honorable James L. Robart

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>HANY VELETANLIC,<br>Defendant. | NO. CR18-162 JLR<br><br>GOVERNMENT'S EXHIBIT LIST FOR EVIDENTIARY HEARING |

The United States of America, by and through Brian T. Moran, United States Attorney for the Western District of Washington, and Matthew Diggs and Marie Dalton, Assistant United States Attorneys for said District, hereby submits this list of exhibits which may be presented at the evidentiary hearing on January 31, 2019.

1. Hany Veletanlic Statement of Rights, May 31, 2017.
2. Hany Veletanlic Consent to Search, May 31, 2017.
3. Email messages between SA Glenn Karabeika and Hany Veletanlic, dated June 2, 2017 to July 20, 2017.
4. Text Messages between SA Claudia Grigore and Hany Veletanlic, dated June 7, 2017 to August 2, 2017.
5. Receipt of Property and Consent to Forfeiture of Property, June 15, 2017 (two firearms).



UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

6. Receipt of Property July 26, 2017 (three suspected short barrel rifles and silencer).

7. Consent to Forfeiture or Destruction of Property, July 26, 2017 (silencer).

8. Consent to Forfeiture or Destruction of Property, July 26, 2017 (pieces of destroyed silencer).

9. Transcript of Interview of Hany Veletanlic, July 26, 2017.

10. Consent to Forfeiture or Destruction of Property, August 1, 2017 (Vortex, RDS Industrie, Suppressor .223).

11. Photographs from search of firearms safe on July 25, 2017.

12. Hany Veletanlic, online consent, dated June 2, 2017.

13. Email from Hany Veletanlic to SA Karabeika and SA Grigore, dated July 4, 2017.

14. Recording of interview of Hany Veletanlic, dated July 26, 2017.

15. Report of Investigation number 6 (July 25, 2017).

16. Report of Investigation number 7 (July 26, 2017).

17. Declaration of Hany Veletanlic in Support of Motion to Suppress (Motion Ex. A).

//

//

//



UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

18. Second Declaration of Hany Veletanlic in Support of Motion to Suppress (Reply Ex. A).

19. Exhibit B to Motion to Suppress.

20. Blank Agreement.

21. Transcript of Interview with Hany Veletanlic, dated May 31, 2017 (pages 1 and 24 only).

DATED this 29th day of January, 2019.

Respectfully submitted,

BRIAN T. MORAN
United States Attorney

s/*Matthew Diggs*
MATTHEW DIGGS
Assistant United States Attorney

s/Marie Dalton
MARIE DALTON
Assistant United States Attorney



UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

CERTIFICATE OF SERVICE

I hereby certify that on January 29, 2019, I have electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the attorney(s) of record for the defendant(s).

*s/ Anna Chang*
Anna Chang
Paralegal Specialist
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Telephone: 206-553-7970
Fax: 206-553-2502