The Honorable James L. Robart

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>HANY VELETANLIC,<br>Defendant. | NO. CR18-162 JLR<br><br>GOVERNMENT'S WITNESS LIST FOR EVIDENTIARY HEARING |

The United States of America, by and through Brian T. Moran, United States Attorney for the Western District of Washington, and Matthew Diggs and Marie Dalton, Assistant United States Attorneys for said District, hereby submits this list of witnesses it may call to testify at the evidentiary hearing on January 31, 2019.

1. Glenn Karabeika, Special Agent, ICE, HSI
2. Claudia Grigore, Special Agent, ATF

DATED this 29th day of January, 2019.

Respectfully submitted,

BRIAN T. MORAN
United States Attorney

s/*Matthew Diggs*
MATTHEW DIGGS
Assistant United States Attorney

s/*Marie Dalton*
MARIE DALTON
Assistant United States Attorney



UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

CERTIFICATE OF SERVICE

I hereby certify that on January 29, 2019, I have electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the attorney(s) of record for the defendant(s).

*s/ Anna Chang*
Anna Chang
Paralegal Specialist
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Telephone: 206-553-7970
Fax: 206-553-2502