THE HONORABLE JAMES L. ROBART

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>HANY VELETANLIC,<br>Defendant. | No. CR18-00162-JLR<br><br>DEFENDANT'S WITNESS LIST FOR EVIDENTIARY HEARING |

The Defendant, Hany Veletanlic, by and through his attorney John Henry Browne, hereby submits this list of witnesses it may call to testify at the evidentiary hearing on January 31, 2019.

1. Hany Veletanlic
2. Glenn Karabeika, Special Agent, ICE, HSI
3. Claudia Grigore, Special Agent, ATF

DATED this 30th day of January, 2019.

Respectfully Submitted,
LAW OFFICES OF JOHN HENRY BROWNE
*s/ John Henry Browne*

JOHN HENRY BROWNE, WSBA #4677
Attorney for Hany Veletanlic
Law Offices of John Henry Browne, P.S.
801 Second Ave., Suite 801
Seattle, WA 98104
206.388.0777 fax: 206.388.0780

Email:johnhenry@jhblawyer.com

CERTIFICATE OF SERVICE

I hereby certify that on January 30, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of filing to all registered parties.

*s/ Kimberly Hennessey*
Kimberly Hennessey
Paralegal



LAW OFFICES OF JOHN HENRY BROWNE P.S.
801 SECOND AVENUE, SUITE 800
SEATTLE, WASHINGTON 98104
(206) 388-0777 • FAX: (206) 388-0780