The Honorable James L. Robart

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>HANY VELETANLIC,<br>Defendant. | NO. CR18-162 JLR<br><br>GOVERNMENT'S PROPOSED VOIR DIRE<br><br>**TRIAL DATE: February 25, 2019** |

Comes now the United States of America, by Brian T. Moran, United States Attorney for the Western District of Washington, and Matthew D. Diggs and Marie M. Dalton, Assistant United States Attorneys for said District, and submits its proposed voir dire questions in the above-captioned matter.

1. Have any of you heard of this case before today?

2. Do any of you personally know any of the attorneys, the defendant, or witnesses in this case? (Court or counsel to read witness lists.)

3. Have any of you ever been a juror in a civil or criminal case?

   a. If so, was the jury able to reach a verdict?

4. Have any of you ever served on a grand jury?



UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WA 98101
(206) 553-7970

5. Have any of you been involved in any lawsuit involving the federal government?

6. Have any of your relatives been involved in any lawsuit involving the federal government?

7. Have any of your close friends been involved in any lawsuit involving the federal government?

8. Have any of you ever been charged with, or investigated for, a criminal offense?

9. Have any of your relatives ever been charged with, or investigated for, a criminal offense?

10. Have any of your close friends, ever been charged with, or investigated for, a criminal offense?

11. Have you ever had a particularly positive experience with any law enforcement personnel, either local, state, or federal?

12. Have you ever had a particularly negative experience with any law enforcement personnel, either local, state, or federal?

13. Have any of you ever been a witness in a criminal case?

14. Other than for minor traffic offenses and dissolutions, have any of you had to appear in court for any reason?

15. Are any of you employed in law enforcement?

16. Are any of your relatives employed in law enforcement?

17. Are any of your close friends employed in law enforcement?

18. Are any of you a criminal defense lawyer or employed by a criminal defense lawyer or law firm?

19. Are any of your relatives a criminal defense lawyer or employed by a criminal defense lawyer or law firm?



UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WA 98101
(206) 553-7970

20. Are any of your close friends a criminal defense lawyer or employed by a criminal defense lawyer or law firm?

21. Are any of you employed by a court?

22. Are any of your relatives employed by a court?

23. Are any of your close friends employed by a court?

24. Do you have any belief or opinion on the subject of firearms or the laws that govern firearms that could affect your ability to be a fair and impartial juror in this case?

25. Do you believe that federal laws regulating the possession of firearms violate the Constitution?

a. Does anyone believe federal gun laws are too strict?

b. Does anyone believe federal gun laws are too lenient?

26. This case was investigated by the Bureau of Alcohol, Tobacco, Firearms and Explosives (also known as "ATF"). Does anyone have ill-feelings towards the ATF?

a. Has anyone had professional contact with the ATF?

b. Has anyone been investigated or arrested by ATF agents?

27. Do you believe that it is proper for the government to regulate the types of weapons a person can lawfully possess?

28. Have you, or has anyone you know, had any experience with guns that could influence your opinion of the evidence in this case?

29. Do you or someone close to you belong to an organization that lobbies for or against gun control?

30. Are any of you members of the National Rifle Association, hunting or shooting club, or any other organization or club associated with firearms or handguns?

31. Do any of you have specialized knowledge with firearms or firearms safety?



UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WA 98101
(206) 553-7970

32. Is there anyone who cannot be a fair and impartial juror to either the defendant or government because a firearm is involved in this case?

33. Do any of you have any family emergencies needing your immediate attention that would cause you to not be able to concentrate on the proceedings in court?

34. Do any of you need special accommodation to allow you to concentrate on the proceedings in court for an extended period of time?

35. Have any of you had a negative experience with, or do you hold strong opinions about, the United States government that would prevent you from being fair and impartial in this case?

36. As a juror, your obligation would be to apply the facts according to the law as given to you by the court. You must follow the court's instructions on the law, even if you disagree with those instructions. Is there anyone who would be unable or unwilling to follow the court's instructions if you thought the law was wrong or unfair?

37. Do any of you have any moral, religious, or philosophical beliefs that would prevent you from sitting in judgment of, and returning a verdict against, another person?

38. Do you have any deadlines or emergencies at work that need your immediate attention and would cause you to not be able to concentrate on the proceedings in court?

//

//

//

//

//

//

//



UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WA 98101
(206) 553-7970

39. Can any of you think of any reason that would prevent you from being able to render a fair and impartial verdict based solely on the evidence and the law as the Court will instruct you at the conclusion of this case?

DATED this 15th day of February, 2019.

Respectfully submitted,

BRIAN T. MORAN
United States Attorney

*/s/ Matthew D. Diggs*
MATTHEW D. DIGGS, WSBA #36331
*/s/ Marie M. Dalton*
MARIE M. DALTON
Assistant United States Attorneys
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101
Phone: (206) 553-2260
Facsimile: (206) 553-2502
E-Mail: matthew.diggs@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that on February 15, 2019, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the attorney(s) of record for the defendant(s).

*/s/ Becky Hatch*
BECKY HATCH
Legal Assistant
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101
Phone: (206) 553-4161
Facsimile: (206) 553-0755
E-mail: becky.hatch@usdoj.gov