THE HONORABLE JAMES L. ROBART

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>HANY VELETANLIC,<br>Defendant. | No. CR18-00162-JLR<br>DEFENDANT'S EXHIBIT LIST |

The defendant, by and through his attorneys, John Henry Browne and Craig Suffian, hereby submits this list of exhibits which may be presented at the trial on February 25, 2019. The defense reserves the right to amend as discovery is ongoing. The defense received approximately 175 pages on February 14, 2019.

1. Complaint;
2. Reserved;
3. Glenn Karabeika 3/17/17 ROI;
4. Claudia Grigore 6/2/17 Report of Investigation (ROI) of events occurring between March 13 and May 30, 2017;
5. Claudia Grigore 6/9/17 ROI re: Interview of Nhoh Nguyen on 5/30/17;
6. Glenn Karabeika 6/2 ROI re: Interview of Nhoh Nguyen on May 30, 2017
7. Glenn Karabeika 6/15/17 ROI re: Interview of Mr. Veletanlic on May 31, 2017;



LAW OFFICES OF JOHN HENRY BROWNE P.S.
801 SECOND AVENUE, SUITE 800
SEATTLE, WASHINGTON 98104
(206) 388-0777 • FAX: (206) 388-0780

8. Claudia Grigore 6/15/17 ROI re: Receipt of Stolen Firearms from Mr. Veletanlic on June 15, 2017;
9. Claudia Grigore 8/2/17 ROI re: Contact with Mr. Veletanlic on July 25, 2017;
10. Claudia Grigore 8/2/17 ROI re: Contact with Mr. Veletanlic on July 26, 2017;
11. 7/26/17 Receipt for Property and Other Items re: Return of three not short barrel rifles;
12. Emails between Mr. Veletanlic and agents between 6/2/17 and 7/20/17;
13. Claudia Grigore 5/7/18 ROI re: arrest of Mr. Veletanlic on May 3, 2018;
14. Emails between federal authorities and Swedish authorities in February and March of 2018;
15. Emails between federal authorities and Swedish authorities between September and October of 2018;
16. Emails between federal authorities and Swedish authorities between September 2018 and January 2019;
17. Recording of Interview of Mr. Veletanlic on May 31, 2017;
18. Transcript of Interview on May 31, 2017;
19. Recording of Interview of Mr. Veletanlic on July 26, 2017;
20. Transcript of Interview of July 26, 2017;
21. Recording of Interview with Mr. Veletanlic on May 3, 2018;
22. Transcript of Interview on May 3, 2018;
23. Text chain between Mr. Veletanlic and Claudia Grigore between June 7, 2017 and May 3, 2018;
24. Greg Walsh CV;
25. Claudia Grigore emails on 7/26/17;
26. Claudia Grigore June 27, 2018 Grand jury Testimony;
27. Glenn Karabeika 2/5/19 ROI re: Interview of Erik Sesone;



LAW OFFICES OF JOHN HENRY BROWNE P.S.
801 SECOND AVENUE, SUITE 800
SEATTLE, WASHINGTON 98104
(206) 388-0777 • FAX: (206) 388-0780

28. Glenn Karabeika 2/5/19 ROI re: Interview of Jouni Hyttinen;

29. Glenn Karabeika 2/1/19 ROI re: Interview of Patric Malmsberg;

30. Glenn Karabeika 1/31/19 ROI re: Interview of Stephan Forsberg;

31. Email from Mr. Veletanlic to Claudia Grigore dated July 27, 2017;

32. Various emails chains between federal authorities and Swedish authorities re: trial, witnesses, and chain of custody between January and February,2019;

33. Emails between federal authorities and Swedish authorities re: trial witnesses and chain of custody between January and February,2019;

34. Glenn Karabeika 2/12/19 ROI re: Interview of Joakin Henriksen on February 8, 2019;

35. Claudia Grigore 2/8/19 ROI of Interview of Nhoh Nguyen on February 6, 2019;

36. Glenn Karabeika 2/13/19 ROI re: Interview of Patric Malmberg on February 12-13, 2019;

37. Glenn Karabeika 2/8/19 ROI re: Interview of Patric Malmberg on February 5, 2019;

38. Email between AUSA Dalton and Joakin Henriksen dated February 14, 2019;

39. Suppression Hearing Transcript from January 30, 2019.

DATED this 15th day of February 2019.

Respectfully submitted,

*s/ John Henry Browne*
JOHN HENRY BROWNE, WSBA #4677
Attorney for Defendant Hany Veletanlic,
LAW OFFICES OF JOHN HENRY BROWNE, P.S.
801 Second Avenue, Suite 800
Seattle, WA 98104
Phone: 206-388-0777 Fax: 206-388-0780
Email: johnhenry@jhblawyer.com

CERTIFICATE OF SERVICE

I hereby certify that on this 15th day of February, 2019, I electronically filed the foregoing with the clerk of the court using the CM/ECF system which will send notification of such filing to all the parties(s) of records. I hereby certify that I have served any other parties of record that are non-CM/ECF participants via Tele-fax/U.S. Postal mail.

/s/Kimberly Hennessey_______________
Paralegal
Law Offices of John Henry Browne, P.S.
Email: csuff@jhblawyer.com



LAW OFFICES OF JOHN HENRY BROWNE P.S.
801 SECOND AVENUE, SUITE 800
SEATTLE, WASHINGTON 98104
(206) 388-0777 • FAX: (206) 388-0780