The Honorable James L. Robart

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>HANY VELETANLIC,<br>Defendant. | NO. CR18-162 JLR<br><br>GOVERNMENT'S WITNESS LIST<br><br>**Trial Date: February 25, 2019** |

The United States of America, by and through Brian T. Moran, United States Attorney for the Western District of Washington, and Matthew Diggs and Marie Dalton, Assistant United States Attorneys for said District, hereby submits this list of witnesses it may call to testify in its case-in-chief at trial in this matter.

1. G. Daniel Bugel-Shunra (German Translator)
2. Matt Chen
3. Claudia Grigore, Special Agent, ATF
4. Brian Heishman, Firearms Enforcement Officer, ATF
5. Joakim Henriksen, Swedish Forensic Examiner
6. Jounni Hyttinen, Swedish Police Officer
7. Glenn Karabeika, Special Agent, ICE, HSI
8. Patrick Malmberg, Swedish Police Officer
9. Nhoh Nguyen



UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

10. Tania Pleasants, Industry Operations Investigator, ATF

11. Erik Sesone, Swedish Police Officer

12. Wilbert Walker, Senior Analyst, Department of State

DATED this 21st day of February, 2019.

Respectfully submitted,

BRIAN T. MORAN
United States Attorney

*/s/ Matthew D. Diggs*
MATTHEW DIGGS
Assistant United States Attorney

*/s/ Marie M. Dalton*
MARIE M. DALTON
Assistant United States Attorney



UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

CERTIFICATE OF SERVICE

I hereby certify that on February 21, 2019, I have electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the attorney(s) of record for the defendant(s).

*/s/ Becky Hatch*
BECKY HATCH
Legal Assistant
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101
Phone: 206-553-4161
Email: becky.hatch@usdoj.gov