LAW OFFICES OF
JOHN HENRY BROWNE P.S.
801 SECOND AVENUE, SUITE 800
SEATTLE, WA 98104-1540

JOHN HENRY BROWNE

EMMA C. SCANLAN
Of Counsel

TELEPHONE
(206) 388-0777

FACSIMILE
(206) 388-0780

February 19, 2019

Matthew Diggs
Marie Dalton
Assistant United States Attorneys
700 Stewart Street, Suite #5220
Seattle, WA 98101-1271

**VIA EMAIL ONLY**

Re: U.S. v. Veletanlic, No. CR18-162-JLR,
Proposed Defense Expert Greg Walsh

Counsel,

Proposed Defense Firearms Expert Greg Walsh is a NRA Certified Firing Range Safety Instructor qualified to develop, implement, and supervise firing range safety and is qualified to identify, operate, inspect, troubleshoot, load, unload, and clear malfunctions of every type of contemporary and collectible smokeless and black powder hand gun and long gun.

Mr. Walsh is also an NRA Instructor of: Firearms Safety, Basic Handgun, Personal Protection Inside the Home, Personal Protection Outside the Home, and Defensive Pistol. He is further NRA qualified as a Distinguished Pistol Expert II.

Mr. Walsh has also earned certification from the American Gunsmith Institute as a Law Enforcement Armorer. This means that he is qualified to operate, field strip, diagnose, troubleshoot, replace parts, repair, and completely disassemble and assemble the majority of hand and long guns commonly used by American law enforcement, security, and defense contractors.

Mr. Walsh is a consulting firearms, ammunition, and toolmark expert for the King County Department of Public Defense and has been a consulting expert in King, Pierce, Thurston, Yakima, Grant, and Grant County Superior Courts. Mr. Walsh has been qualified as a testifying expert in the District as well as in Jefferson and Grant County Superior Courts. The relevant excerpt of his C/V is attached for your convenience.

Mr. Walsh, who attended the evidence viewing and had the opportunity to personally physically examine—in the presence of S.A. Grigore—the Ruger LCP .380 that is the basis of Count 4, is expected to testify that pursuant to his training and experience and as based upon his personal observations of the firearm:

1. The serial number location on the Ruger LCP .380 is highly unusual, perhaps unique;

2. The recess for the serial number on the LCP is uncommon for any purpose on handguns. However, the few guns that have any similar feature similarly located have a safety there that slides fore and aft in a recess. Those were mostly subject to recall as inherently unsafe; and

3. I would not have readily recognized the alteration of the recess in the Ruger LCP slide as obscuring the serial number.

Mr. Walsh is *not* expected to testify that the serial number was not obliterated—only that he, as a firearms expert, would not have known that the serial number was visibly obscured.

Sincerely,

/s Craig Suffian____________
Craig Suffian, WSBA #52697

/s John Henry Browne___________
John Henry Browne, WSBA #4677

**PACIFIC CONFIDENTIAL PLLC** **TROUBLE IS OUR BUSINESS**
Homicide, felony, and lawful violence defense Serving WA, ID, OR, AK, & the 9th U.S. District
INVESTIGATION ANALYSIS TRAINING EXPERT MITIGATION CONSULTATION
BOX 10682 BAINBRIDGE ISLAND WA 98110 206-801-1911 ADMIN@PACIFICCONFIDENTIAL.COM

US v. Veletanlic: relevant expert qualifications for Greg Walsh

Consulting firearms, ammunition, and toolmark expert, King County Department of Public Defense. Consulting expert on use of force, force policy, defensive force, violence kinematics, and homicide investigation, Seattle and Renton municipal courts, and King, Pierce, Thurston, Yakima, Grant, and Pacific County Superior Courts; most cases dismissed. Qualified testifying expert witness in US District Court, and Jefferson and Grant County Superior Courts.

NRA Certified Firing Range Safety Officer. Qualified for development, implementation and supervision of firing range safety and operations procedures, and for identification, operation, inspection, troubleshooting, loading, unloading, and malfunction clearance of every type of contemporary and collectible smokeless and black powder handgun and long gun.

NRA Instructor: Firearms Safety, Basic Handgun, Personal Protection Inside the Home, Personal Protection Outside the Home, and Defensive Pistol. Distinguished Pistol Expert II.

American Gunsmith Institute certified Law Enforcement Armorer: qualified for operation, field stripping, diagnosis, troubleshooting, parts replacement, repair, and complete disassembly and reassembly of the weapon systems comprising the majority of hand and long guns commonly used in American law enforcement, security, and US defense contractor services.

Experienced expert gunsmith and action tuner, Smith & Wesson 3rd generation DA/SA pistols.

Washington licensed armed private investigator, agency principal.
Washington Department of Licensing certified private investigator trainer.
Washington Criminal Justice Training Commission certified handgun instructor.
Washington Criminal Justice Training Commission Law Enforcement Academy graduate.

WA criminal defense bar trainer and curriculum developer. Founding coordinator, Washington Defenders Association Investigators Network.

Nationally Registered and WA certified paramedic, board certified flight paramedic, critical care paramedic. 40-year career in surface and marine rescue, helicopter EMS, critical care transport, and Level 1 trauma center care of over 60,000 adult, pediatric, and neonate patients, including over 700 penetrating weapon and 200 gunshot injuries. Numerous commendations.

IATSE Local 480, NM: In-studio and on-location stunt, combat, and shooting action key paramedic for over 60 major film and TV productions.

Prior Experience:
Commissioned law enforcement officer in Santa Fe and Sandoval County Sheriff's Departments in NM, and Port Townsend Police Department in WA. Commanded Special Tactics Advance Rescue ("STAR") team of 10 armed commissioned paramedics supporting SWAT and high-risk enforcement operations. Numerous commendations, Officer of the Year.

Deputy forensic medical investigator, New Mexico Office of the Medical Investigator. Cause and manner of death investigation for premier US forensic pathology system.