The Honorable James L. Robart

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>HANY VELETANLIC,<br>Defendant. | NO. CR18-162 JLR<br><br>GOVERNMENT'S SECOND AMENDED EXHIBIT LIST<br><br>**Trial Date: February 25, 2019** |

The United States of America, by and through Brian T. Moran, United States Attorney for the Western District of Washington, and Matthew D. Diggs and Marie M. Dalton, Assistant United States Attorneys for said District, hereby submits this list of exhibits which may be presented in its case-in-chief at trial on February 25, 2019.

1. Photographs of Glock Lower Receiver, Data Matrix Code (DMC): 1534020919:
   a. Photographs (2) from side.
   b. Photograph from above (showing DMC).
2. B&T AG Switzerland Tiger silencer, .22 caliber.
3. Vortex suppressor, RDS Industrie France, .223 caliber.
4. Strum, Ruger & Co. pistol, model LCP, .380 caliber.
5. Photograph of B&T AG Switzerland Tiger silencer, .22 caliber in plastic bag.
6. Photograph of B&T AG Switzerland Tiger silencer, .22 caliber.



UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

7. Photograph of Vortex suppressor, RDS Industrie France, .223 caliber.

8. Two Photographs of Strum, Ruger & Co. pistol, model LCP, .380 caliber (right and left side views).

9. U.S. Customs forms Seized from U.S. Post Offices:

   a. Customs form ending in 7498
   b. Customs form ending in 9202
   c. Customs form ending in 4153
   d. Customs form ending in 9898
   e. Customs form ending in 3159
   f. Customs form ending in 6672
   g. Customs form ending in 1802

10. Screenshots of SMS Messages containing photographs of U.S. Customs forms recovered from Thomas Heydeck's cell phone.

    a. Customs form ending in 7498
    b. Customs form ending in 9202
    c. Customs form ending in 3145
    d. Customs form ending in 2849
    e. Customs form ending in 6787

11. Photograph of U.S. Customs form ending in 4153 recovered from Thomas Heydeck's cell phone.

12. Screenshots of U.S. Customs forms recovered from Robin Lavhage's cell phone (exclusive of those also recovered from Heydeck's cell phone).

    a. Customs form ending in 1820
    b. Customs form ending in 3065
    c. Customs form ending in 6350

13. GLOCK ERP Record for Data Matrix Code: 1534020919.

14. GLOCK ERP Record for Data Matrix Code: 1534020919 (column headers translated).



UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

15. 4473 Form from Precision Shooter.

16. NFRTR Certification of Lack of Record (Veletanlic).

17. NFRTR Certification of Lack of Record (B&T AG Switzerland Tiger silencer, .22 caliber).

18. NFRTR Certification of Lack of Record (Vortex suppressor, RDS Industrie France, .223 caliber).

19. Cell Phone Chain of Custody Statement

20. Statement of Rights, May 31, 2017.

21. Consent to Search, May 31, 2017.

22. ATF Receipt for Property, July 26, 2017.

23. ATF Consent to Forfeiture or Destruction of Property, July 26, 2017 (B&T AG Switzerland Tiger silencer).

24. Swedish Seizure Log for 2017-5000-BG19281 (Translated)

25. ATF Receipt for Property, August 1, 2017 (Vortex, RDS Industrie, Suppressor .223).

26. Consent to Forfeiture or Destruction of Property, August 1, 2017 (Vortex, RDS Industrie, Suppressor .223).

27. Vehicle Search Consent, dated May 3, 2018.

28. MLAT Response re: Cell Phone Screenshots (pgs. 49-52)

29. Screenshot of Dingo D Contact in Telegram Application.

30. Email from Hany Veletanlic to Glenn Karabeika, Subject Re: Sven Com Check, dated June 2, 2017, and attachments [Re: Sven Com Check (21)].

31. Email from Hany Veletanlic to Glenn Karabeika, Subject Re: Sven Com Check, dated June 8, 2017, and attachments [Re: Sven Com Check (15)].

32. Email from Hany Veletanlic to Glenn Karabeika, Subject Re: Sven Com Check, dated June 9, 2017, and attachments [Re: Sven Com Check (14)].

33. Email from Hany Veletanlic to Glenn Karabeika, Subject Re: Sven Com Check, dated June 14, 2017, and attachments [Re: Sven Com Check (12)].



UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

34. Email from Hany Veletanlic to Glenn Karabeika, and Claudia Grigore, Subject: Info on Sven aka Robin Lavhage, dated July 4, 2017 (Redacted).

35. Email from Hany Veletanlic to Glenn Karabeika, and Claudia Grigore, Subject: Info on Sven aka Robin Lavhage, dated July 4, 2017 (Unredacted).

36. Complete email string between Glenn Karabeika and Hany Veletanlic, Subject: Re: Sven Com Check, dated June 2, 2017-July 20, 2017 (Redacted).

37. Complete email string between Glenn Karabeika and Hany Veletanlic, Subject: Re: Sven Com Check, dated June 2, 2017-July 20, 2017 (Unredacted).

38. Text Message between Hany Veletanlic and Claudia Grigore, dated July 25, 2017 (Redacted).

39. Audio Recording of Interview of Hany Veletanlic, May 31, 2017.

    a. Clip 1 (2:1-26:17)

    b. Clip 2 (28:1-30:21)

    c. Clip 3 (38:12-40:24)

    d. Clip 4 (56:3-56:25)

    e. Full Audio of Interview of Hany Veletanlic, May 31, 2017.

40. Transcript of Interview of Hany Veletanlic, May 31, 2017.

    a. Clip 1 (2:1-26:17)

    b. Clip 2 (28:1-30:21)

    c. Clip 3 (38:12-40:24)

    d. Clip 4 (56:3-56:25)

    e. Complete Transcript of Interview on May 31, 2017

41. Audio Recording of Interview of Hany Veletanlic, July 26, 2017.

    a. Clip 1 (10:3-12:6)

    b. Clip 2 (17:12-19:1)

    c. Full Audio of Interview of Hany Veletanlic, July 26, 2017

42. Transcript of Interview of Hany Veletanlic, July 26, 2017.

    a. Clip 1 (10:3-12:6)



UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

b. Clip 2 (17:12-19:1)

c. Complete Transcript of Interview on July 26, 2017.

43. Audio Recording of Interview of Hany Veletanlic, May 3, 2018.

44. Brian Heishman Expert Report.

45. Brian Heishman Curriculum Vitae.

46. Claudia Grigore Curriculum Vitae.

47. Firearm parts video (Demonstrative).

48. Summary Chart re: Customs Declarations.

49. Map of Snohomish County Post Office Locations.

50. Blank ATF Informant Agreement.

70. Photos of Ruger Pistol Parts

DATED this 27th day of February, 2019.

Respectfully submitted,

BRIAN T. MORAN
United States Attorney

s/ *Matthew Diggs*
MATTHEW DIGGS
Assistant United States Attorney

*s/ Marie Dalton*
MARIE DALTON
Assistant United States Attorney



UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

CERTIFICATE OF SERVICE

I hereby certify that on February 27, 2019, I have electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the attorney(s) of record for the defendant(s).

*/s/ Anna Chang*

Anna Chang
Paralegal
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101
Phone: 206-553-7970