Hon. James L. Robart

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, v. HANY VELETANLIC, Defendants. | No. C18-0162JLR<br><br>JURY QUESTION AND THE COURT'S RESPONSE |

Question from the Jury:

Count 4 - Second element Line 10 P. 27 - What is the legal definition of altered, is "obscured" a relative term to altered. ie, is being covered by a substance such as ~~epoxy~~, epoxy, Felt or similar considered altered.

[redacted]
Foreperson [redacted]

Date and Time: 2-27-19 ~~3:45pm~~ 2:45pm JLR

The Court's Response:

Questions of fact are for the jury to decide. Answers to questions of law should be drawn from the Jury Instructions. Terms in the Jury Instructions each are construed according to ordinary and common meaning.

DATED this 27th day of Feb., 2019 at 3:35 a.m./p.m.

[signature]

HON. JAMES L. ROBART
United States District Judge