Hon. James L. Robart

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>HANY VELETANLIC,<br>Defendants. | No. C18-0162JLR<br><br>JURY QUESTION AND THE COURT'S RESPONSE |

Question from the Jury:

Count 4- Is there a reason the firearm (Ruger) in this count was not dissembled to show there is no serial number underneath.

[redacted]

Date and Time: 2-27-19 ~~3:50PM~~ 2:50pm JLR

The Court's Response:

The jury should rely on the testimony and exhibits from the trial to answer this question.

DATED this 27th day of Feb., 2019 at 3:40 a.m./p.m.

HON. JAMES L. ROBART
United States District Judge