**United States of America v. Hany Veletanlic**
**CR18-162JLR**

# TRIAL EXHIBIT LIST

| NO. | DESCRIPTION | ADMITTED/ REFUSED | DATE ADMITTED/ REFUSED | NOTES |
|---|---|---|---|---|
| 1a | Photographs of Glock Lower Receiver, Data Matrix Code (DMC): 1534020919: Photographs (2) from side | A | 02/25/2019 | |
| 1b | Photographs of Glock Lower Receiver, Data Matrix Code (DMC): 1534020919: Photograph from above (showing DMC) | A | 02/25/2019 | |
| 2 | B&T AG Switzerland Tiger silencer, .22 caliber | A | 02/26/2019 | |
| 3 | Vortex suppressor, RDS Industrie France, .223 caliber | A | 02/26/2019 | |
| 4 | Strum, Ruger & Co. pistol, model LCP, .380 caliber | A | 02/26/2019 | |
| 5 | Photograph of B&T AG Switzerland Tiger silencer, .22 caliber in plastic bag | A | 02/26/2019 | |
| 6 | Photograph of B&T AG Switzerland Tiger silencer, .22 caliber | A | 02/26/2019 | |
| 7 | Photograph of Vortex suppressor, RDS Industrie France, .223 caliber | A | 02/26/2019 | |
| 8 | Two Photographs of Strum, Ruger & Co. pistol, model LCP, .380 caliber (right and left side views) | A | 02/26/2019 | |
| 9a | U.S. Customs forms Seized from U.S. Post Offices: Customs form ending in 7498 | A | 02/26/2019 | |
| 9b | U.S. Customs forms Seized from U.S. Post Offices: Customs form ending in 9202 | A | 02/26/2019 | |
| 9c | U.S. Customs forms Seized from U.S. Post Offices: Customs form ending in 4153 | A | 02/26/2019 | |

| NO. | DESCRIPTION | ADMITTED/ REFUSED | DATE ADMITTED/ REFUSED | NOTES |
|---|---|---|---|---|
| 9d | U.S. Customs forms Seized from U.S. Post Offices: Customs form ending in 9898 | A | 02/26/2019 | |
| 9e | U.S. Customs forms Seized from U.S. Post Offices: Customs form ending in 3159 | A | 02/26/2019 | |
| 9f | U.S. Customs forms Seized from U.S. Post Offices: Customs form ending in 6672 | A | 02/26/2019 | |
| 9g | U.S. Customs forms Seized from U.S. Post Offices: Customs form ending in 1802 | A | 02/26/2019 | |
| 10a | Screenshots of SMS Messages containing photographs of U.S. Customs forms recovered from Thomas Heydeck's cell phone: Customs form ending in 7498 | A | 02/25/2019 | |
| 10b | Screenshots of SMS Messages containing photographs of U.S. Customs forms recovered from Thomas Heydeck's cell phone: Customs form ending in 9202 | A | 02/25/2019 | |
| 10c | Screenshots of SMS Messages containing photographs of U.S. Customs forms recovered from Thomas Heydeck's cell phone: Customs form ending in 3145 | A | 02/25/2019 | |
| 10d | Screenshots of SMS Messages containing photographs of U.S. Customs forms recovered from Thomas Heydeck's cell phone: Customs form ending in 2849 | A | 02/25/2019 | |
| 10e | Screenshots of SMS Messages containing photographs of U.S. Customs forms recovered from Thomas Heydeck's cell phone: Customs form ending in 6787 | A | 02/25/2019 | |
| 11 | Photograph of U.S. Customs form ending in 4153 recovered from Thomas Heydeck's cell phone | A | 02/25/2019 | |
| 12a | Screenshots of U.S. Customs forms recovered from Robin Lavhage's cell phone (exclusive of those also recovered from Heydeck's cell phone): Customs form ending in 1820 | A | 02/25/2019 | |
| 12b | Screenshots of U.S. Customs forms recovered from Robin Lavhage's cell phone (exclusive of those also recovered from Heydeck's cell phone): Customs form ending in 3065 | A | 02/25/2019 | |

| NO. | DESCRIPTION | ADMITTED/ REFUSED | DATE ADMITTED/ REFUSED | NOTES |
|---|---|---|---|---|
| 12c | Screenshots of U.S. Customs forms recovered from Robin Lavhage's cell phone (exclusive of those also recovered from Heydeck's cell phone): Customs form ending in 6350 | A | 02/25/2019 | |
| 13 | GLOCK ERP Record for Data Matrix Code: 1534020919 | A | 02/25/2019 | |
| 14 | GLOCK ERP Record for Data Matrix Code: 1534020919 (column headers translated) | | | |
| 15 | 4473 Form from Precision Shooter | A | 02/25/2019 | |
| 16 | NFRTR Certification of Lack of Record (Veletanlic) | A | 02/26/2019 | |
| 17 | NFRTR Certification of Lack of Record (B&T AG Switzerland Tiger silencer, .22 caliber) | A | 02/26/2019 | |
| 18 | NFRTR Certification of Lack of Record (Vortex suppressor, RDS Industrie France, .223 caliber) | A | 02/26/2019 | |
| 19 | Cell Phone Chain of Custody Statement | | | |
| 20 | Statement of Rights, May 31, 2017 | A | 02/26/2019 | |
| 21 | Consent to Search, May 31, 2017 | | | |
| 22 | ATF Receipt for Property, July 26, 2017 | A | 02/26/2019 | |
| 23 | ATF Consent to Forfeiture or Destruction of Property, July 26, 2017 (B&T AG Switzerland Tiger silencer) | A | 02/26/2019 | |
| 24 | Swedish Seizure Log for 2017-5000-BG19281 (Translated) | | | |
| 25 | ATF Receipt for Property, August 1, 2017 (Vortex, RDS Industrie, Suppressor .223) | A | 02/26/2019 | |
| 26 | Consent to Forfeiture or Destruction of Property, August 1, 2017 (Vortex, RDS Industrie, Suppressor .223) | A | 02/26/2019 | |
| 27 | Vehicle Search Consent, dated May 3, 2018 | | | |

| NO. | DESCRIPTION | ADMITTED/ REFUSED | DATE ADMITTED/ REFUSED | NOTES |
|---|---|---|---|---|
| 28 | MLAT Response re: Cell Phone Screenshots (pgs. 49-52) | | | |
| 29 | Screenshot of Dingo D Contact in Telegram Application | A | 02/25/2019 | |
| 30 | Email from Hany Veletanlic to Glenn Karabeika, Subject Re: Sven Com Check, dated June 2, 2017, and attachments [Re: Sven Com Check (21)] | A | 02/26/2019 | |
| 31 | Email from Hany Veletanlic to Glenn Karabeika, Subject Re: Sven Com Check, dated June 8, 2017, and attachments [Re: Sven Com Check (15)] | | | |
| 32 | Email from Hany Veletanlic to Glenn Karabeika, Subject Re: Sven Com Check, dated June 9, 2017, and attachments [Re: Sven Com Check (14)] | A | 02/26/2019 | |
| 33 | Email from Hany Veletanlic to Glenn Karabeika, Subject Re: Sven Com Check, dated June 14, 2017, and attachments [Re: Sven Com Check (12)] | A | 02/26/2019 | |
| 34 | Email from Hany Veletanlic to Glenn Karabeika, and Claudia Grigore, Subject: Info on Sven aka Robin Lavhage, dated July 4, 2017 (Redacted) | A | 02/26/2019 | |
| 35 | Email from Hany Veletanlic to Glenn Karabeika, and Claudia Grigore, Subject: Info on Sven aka Robin Lavhage, dated July 4, 2017 (Unredacted) | | | |
| 36 | Complete email string between Glenn Karabeika and Hany Veletanlic, Subject: Re: Sven Com Check, dated June 2, 2017-July 20, 2017 (Redacted) | A | 02/26/2019 | |
| 37 | Complete email string between Glenn Karabeika and Hany Veletanlic, Subject: Re: Sven Com Check, dated June 2, 2017-July 20, 2017 (Unredacated) | | | |
| 38 | Text Message between Hany Veletanlic and Claudia Grigore, dated July 25, 2017 (Redacted) | A | 02/26/2019 | |

| NO. | DESCRIPTION | ADMITTED/ REFUSED | DATE ADMITTED/ REFUSED | NOTES |
|---|---|---|---|---|
| 39a | Audio Recording of Interview of Hany Veletanlic, May 31, 2017: Clip 1 (2:1-26:17) | A | 02/26/2019 | |
| 39b | Audio Recording of Interview of Hany Veletanlic, May 31, 2017: Clip 2 (28:1-30:21) | A | 02/26/2019 | |
| 39c | Audio Recording of Interview of Hany Veletanlic, May 31, 2017: Clip 3 (38:12-40:24) | A | 02/26/2019 | |
| 39d | Audio Recording of Interview of Hany Veletanlic, May 31, 2017: Clip 4 (56:3-56:25) | A | 02/26/2019 | |
| 39e | Audio Recording of Interview of Hany Veletanlic, May 31, 2017: Full Audio of Interview of Hany Veletanlic, May 31, 2017 | | | |
| 40a | Transcript of Interview of Hany Veletanlic, May 31, 2017: Clip 1 (2:1-26:17) | | | |
| 40b | Transcript of Interview of Hany Veletanlic, May 31, 2017: Clip 2 (28:1-30:21) | | | |
| 40c | Transcript of Interview of Hany Veletanlic, May 31, 2017: Clip 3 (38:12-40:24) | | | |
| 40d | Transcript of Interview of Hany Veletanlic, May 31, 2017: Clip 4 (56:3-56:25) | | | |
| 40e | Transcript of Interview of Hany Veletanlic, May 31, 2017: Complete Transcript of Interview on May 31, 2017 | | | |
| 41a | Audio Recording of Interview of Hany Veletanlic, July 26, 2017: Clip 1 (10:3-12:6) | A | 02/26/2019 | |
| 41b | Audio Recording of Interview of Hany Veletanlic, July 26, 2017: Clip 2 (17:12-19:1) | A | 02/26/2019 | |
| 41c | Audio Recording of Interview of Hany Veletanlic, July 26, 2017: Full Audio of Interview of Hany Veletanlic, July 26, 2017 | | | |

| NO. | DESCRIPTION | ADMITTED/ REFUSED | DATE ADMITTED/ REFUSED | NOTES |
|---|---|---|---|---|
| 42a | Transcript of Interview of Hany Veletanlic, July 26, 2017: Clip 1 (10:3-12:6) | | | |
| 42b | Transcript of Interview of Hany Veletanlic, July 26, 2017: Clip 2 (17:12-19:1) | | | |
| 42c | Transcript of Interview of Hany Veletanlic, July 26, 2017: Complete Transcript of Interview on July 26, 2017 | | | |
| 43 | Audio Recording of Interview of Hany Veletanlic, May 3, 2018 | | | |
| 44 | Brian Heishman Expert Report | | | |
| 45 | Brian Heishman Curriculum Vitae | | | |
| 46 | Claudia Grigore Curriculum Vitae | | | |
| 47 | Firearm parts video (Demonstrative) | A | 02/25/2019 | Demonstrative only |
| 48 | Summary Chart re: Customs Declarations | A | 02/26/2019 | |
| 49 | Map of Snohomish County Post Office Locations | A | 02/26/2019 | |
| 50 | Blank ATF Informant Agreement | | | |
| 70 | Photos of Ruger Pistol Parts | A | 02/27/2019 | |
| | | | | |

| NO. | DESCRIPTION | ADMITTED/ REFUSED | DATE ADMITTED/ REFUSED | NOTES |
|---|---|---|---|---|
| A-1 | Complaint | | | |
| A-2 | Cooperation Agreement | | | |
| A-3 | Glenn Karabeika 3/17/17 ROI | | | |
| A-4 | Claudia Grigore 6/2/17 Report of Investigation (ROI) of events occurring between March 13 and May 30, 2017 | | | |
| A-5 | Claudia Grigore 6/9/17 ROI re: Interview of Nhoh Nguyen on 5/30/17 | | | |
| A-6 | Glenn Karabeika 6/2 ROI re: Interview of Nhoh Nguyen on May 30, 2017 | | | |
| A-7 | Glenn Karabeika 6/15/17 ROI re: Interview of Mr. Veletanlic on May 31, 2017 | | | |
| A-8 | Claudia Grigore 6/15/17 ROI re: Receipt of Stolen Firearms from Mr. Veletanlic on June 15, 2017 | | | |
| A-9 | Claudia Grigore 8/2/17 ROI re: Contact with Mr. Veletanlic on July 25, 2017 | | | |
| A-10 | Claudia Grigore 8/2/17 ROI re: Contact with Mr. Veletanlic on July 26, 2017 | | | |
| A-11 | Claudia Grigore 5/7/18 ROI re: arrest of Mr. Veletanlic on May 3, 2018 | | | |
| A-12 | Emails between federal authorities and Swedish authorities in February and March 2018 | | | |

| NO. | DESCRIPTION | ADMITTED/ REFUSED | DATE ADMITTED/ REFUSED | NOTES |
|---|---|---|---|---|
| A-13 | Emails between federal authorities and Swedish authorities between September and October of 2018 | | | |
| A-14 | Transcript of Interview on May 3, 2017 | | | |
| A-15 | Text chain between Mr. Veletanlic and Claudia Grigore between June 7, 2017 and May 3, 2018 | | | |
| A-16 | Claudia Grigore emails on 7/26/17 | | | |
| A-17 | Claudia Grigore June 27, 2018 Grand Jury Testimony | | | |
| A-18 | Glenn Karabeika 2/5/19 ROI re: Interview of Erik Sesone | | | |
| A-19 | Glenn Karabeika 2/5/19 ROI re: Interview of Jouni Hyttinen | | | |
| A-20 | Glenn Karabeika 2/1/19 ROI re: Interview of Patric Malmsberg | | | |
| A-21 | Glenn Karabeika 1/31/19 ROI re: Interview of Stephan Forsberg | | | |
| A-22 | Various emails chains between federal authorities and Swedish authorities re: trial, witnesses, and chain of custody between January and February,2019 | | | |
| A-23 | Glenn Karabeika 2/12/19 ROI re: Interview of Joakin Henriksen on February 8, 2019 | | | |
| A-24 | Claudia Grigore 2/8/19 ROI of Interview of Nhoh Nguyen on February 6, 2019 | | | |

| NO. | DESCRIPTION | ADMITTED/ REFUSED | DATE ADMITTED/ REFUSED | NOTES |
|---|---|---|---|---|
| A-25 | Glenn Karabeika 2/13/19 ROI re: Interview of Patric Malmberg on February 12-13, 2019 | | | |
| A-26 | Glenn Karabeika 2/8/19 ROI re: Interview of Patric Malmberg on February 5, 2019 | | | |
| A-27 | Suppression Hearing Transcript from January 30, 2019 | | | |