**United States of America v. Hany Veletanlic**
**CR18-162JLR**

## TRIAL WITNESS LIST

| Name | Date(s) Testified |
|---|---|
| Jounni Hyttinen | 2/25/2019 |
| Erik Sesone | 2/25/2019 |
| Joakim Henriksen | 2/25/2019 |
| Patric Malmberg | 2/25/2019 |
| Matthew Chen | 2/25/2019 |
| Nhon Nguyen | 2/25/2019 |
| Glenn Karabeika | 2/26/2019 |
| Wilbert Walker | 2/26/2019 |
| Claudia Grigore | 2/26/2019 |
| Tania Pleasants | 2/26/2019 |
| Brian Heishman | 2/26/2019<br>2/27/2019 |
| Greg Walsh | 2/27/2019 |