The Honorable James L. Robart

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br><br>v.<br><br>HANY VELETANLIC,<br>Defendant. | NO. CR18-162JLR<br><br>**JOINT CERTIFICATION OF COUNSEL RE: ADMITTED TRIAL EXHIBITS** |

The United States of America, by and through Brian T. Moran, United States Attorney for the Western District of Washington, and Matthew D. Diggs and Marie M. Dalton, Assistant United States Attorneys, and John Henry Browne, counsel for Hany Veletanlic, hereby file the admitted trial exhibits and certify that the exhibits filed herewith are true and accurate copies of those admitted at trial.

At the close of the trial, both parties conferred with the in-court deputy and confirmed the list of admitted exhibits and reviewed the exhibits to be provided to the trier of fact in the matter. Copies of those exhibits are filed herewith.



UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

Therefore, the undersigned submit that the admitted trial exhibits[1] as listed on Court's Exhibit List (Dkt. No. 131) and hereby filed via CM/ECF event "Admitted Exhibits" are true and correct copies of the documents submitted to the jury in this matter.

DATED: March 5, 2019.

BRIAN T. MORAN
United States Attorney

*s/ Matthew D. Diggs*
MATTHEW D. DIGGS

*s/ Marie M. Dalton*
MARIE M. DALTON
Assistant United States Attorneys
700 Stewart Street, Suite 5220
Seattle, Washington 98101
Phone: 206-553-7970
E-mail: matthew.diggs@usdoj.gov
E-mail: marie.dalton@usdoj.gov

*/s/ John Henry Browne (approved via e-mail)*
JOHN HENRY BROWNE
Counsel for Hany Veletanlic

[1] Audio and video bulk exhibits will not be filed via CM/ECF, but an electronic copy will be maintained by the United States. Other bulk exhibits, such as drugs or firearms, will be maintained by their respective law enforcement agency. Exhibits which contain sensitive information and/or PII will be filed under seal.

## CERTIFICATE OF SERVICE

I hereby certify that on March 5, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the attorney(s) of record for the defendant(s).

*/s/ Anna Chang*
Anna Chang
Paralegal Specialist
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101
Phone: 206-553-7970