FILED

NOV 18 2020

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff-Appellee,<br><br>v.<br><br>HANY VELETANLIC,<br><br>Defendant-Appellant. | No. 20-30023<br><br>D.C. No.<br>2:18-cr-00162-JLR-1<br>Western District of Washington,<br>Seattle<br><br>ORDER |

Before: Peter L. Shaw, Appellate Commissioner.

Appellee filed a notice of intent to file publicly previously sealed documents pursuant to Ninth Circuit Rule 27-13(f) and submitted Volume 2 of the supplemental excerpts of record provisionally under seal (Docket Entry No. 23). No other party has filed a motion to file or maintain these documents under seal. Therefore, the Clerk is directed to unseal the notice (Docket Entry No. 23-1) and Volume 2 of the supplemental excerpts of record (Docket Entry No. 23-2).

Appellee's unopposed motion (Docket Entry No. 24) to file under seal Volume 3 of the supplemental excerpts of record is granted. The Clerk shall publicly file the answering brief (Docket Entry No. 21) and Volumes 1 and 2 of the supplemental excerpts of record (Docket Entry Nos. 22 & 23-2), and shall file

gml/Appellate Commissioner

under seal the motion to seal (Docket Entry No. 24-1) and Volume 3 of the supplemental excerpts of record (Docket Entry No. 24-2).

Briefing is completed.