HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>vs.<br>HANY VELETANLIC,<br>Defendant. | Cause No. CR 18-162 JLR<br>**SUPPLEMENTAL DECLARATION OF GILBERT LEVY IN SUPPORT DEFENDANT'S RESPONSE TO GOVERNMENT'S MOTION REGARDING FIREARMS** |

Gilbert H. Levy declares and certifies as follows:

1. I am the Court-appointed Counsel for the Defendant above-named and have knowledge of the facts set forth herein. I am filing this declaration in support of the Defendant's Response to the Government's Motion to take possession of his firearms.

2. Defendant has arranged to have Greg Walsh take possession of the firearms currently in possession of J.S.M. Mr. Walsh is a licensed armed private investigator, an NRA Instructor, and a range safety officer. As such he is familiar with laws relating to the possession and transfer of firearms. I have received an email from Mr. Walsh confirming his willingness to take possession of the guns.



*Gilbert H. Levy*
Attorney at Law
2125 Western Avenue, Ste 330
Seattle, Washington 98121
(206) 443-0670 Fax: (866) 471-6818

3. Mr. Walsh has advised the undersigned that any further transfer of the firearms will be consistent with the ban on felons possessing firearms and he is willing to comply with additional conditions that the court may choose to impose.

I declare under penalty of perjury of the laws of the United States of America that the foregoing is true and correct.

DATED: December 16, 2020.

/s/Gilbert H. Levy
Gilbert H. Levy, WSBA #4805
Attorney for Defendant

**CERTIFICATE OF SERVICE**

I certify that on December 16, 2020, I caused to be electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the attorney(s) of record.

/s/Gilbert H. Levy
Gilbert H. Levy, WSBA #4805
Attorney for Defendant



*Gilbert H. Levy*
Attorney at Law
2125 Western Avenue, Ste 330
Seattle, Washington 98121
(206) 443-0670 Fax: (866) 471-6818