UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

JAN 20 2022

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

v.

HANY VELETANLIC,

Defendant-Appellant.

No. 21-30247

D.C. No. 2:18-cr-00162-JLR-1
Western District of Washington, Seattle

ORDER

Before: SILVERMAN, CLIFTON, and HURWITZ, Circuit Judges.

The motion of appellant's appointed counsel, Gilbert H. Levy, Esq., to be relieved as counsel of record (Docket Entry No. 4) is granted.

Appellant's motion for appointment of substitute counsel is denied. No motions for reconsideration, clarification, or modification of this denial will be entertained unless the motion is supported by new information that is not currently before the court.

The Clerk will amend this court's docket to reflect that appellant is proceeding pro se.

Because appellant is proceeding without counsel, he is responsible for preparing a pro se brief stating, in his own words, why he believes the district court's decision was incorrect. Appellant's pro se opening brief is due on March 2, 2022. Appellant is not required to submit excerpts of record. *See* 9th Cir. R. 30-

1.3.

Appellee's answering brief and supplemental excerpts of record are due April 1, 2022. The supplemental excerpts of record must contain all of the documents that are cited in appellant's pro se opening brief or otherwise required by Rule 30-1.4, as well as the documents that are cited in appellee's brief. *See* 9th Cir. R. 30-1.3.

Appellant's optional pro se reply brief is due within 21 days after service of the answering brief.

If appellant does not file a timely pro se opening brief, the appeal may be dismissed for failure to prosecute. *See* 9th Cir. R. 42-1.

The Clerk will serve this order on former counsel Levy, and on appellant individually at Reg. No. 49026-086, FCI Mendota, Federal Correctional Institution, P.O. Box 9, Mendota CA 93640.