HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>vs.<br>HANY VELETANIC,<br>Defendant. | Cause No. 18-162 JLR<br>**DECLARATION OF ALEKSEY BARABAN** |

Aleksey Baraban declares and certifies as follows:

1. I am not a person prohibited from owning and possessing firearms.

2. I intend to take possession of the firearms owned by Hany Veletanlic that are currently in the possession of the Department of Justice. The firearms are as follows:

a. one Llama pistol, model MiniMax 45, .45 caliber, bearing serial number 71-04-01614-01.

b. one Glock pistol, model 41, .45 caliber, bearing serial number XVP922.

c. one HiPoint rifle, model 995, 9mm caliber, bearing serial number B26360.

d. one high precision rifle, bearing MDT-ESS marking on lower, and serial number J556270 on bolt.

e.one privately manufactured firearm ("PMF"), black pistol.



Gilbert H. Levy
Attorney at Law
2125 Western Avenue, Ste 330
Seattle, Washington 98121
(206) 443-0670 Fax: (866) 471-6818

f. one PMF, black pistol.
g.one PMF, black pistol.
h.one PMF, grey pistol.
i.one PMF, rifle receiver.
j.one PMF, black/cark grey AR-pistol
k.one PMF, brown AR-pistol
L.one PMF, brown AR-pistol

3. I understand that returning the firearms to Mr. Veletanlic or honoring his instructions concerning the firearms while he remains a convicted felon would constitute criminally aiding and abetting a convicted felon in the possession of or attempted possession of firearms. *See United States v. Zaleski,* 686 F. 3d 90, 94 (2nd Cir. 2012).

I declare under penalty of perjury of the laws of the United States of America that the foregoing is true and correct.

DATED this 27 day of March 2025

[signature]

Aleksey Baraban



Gilbert H. Levy
Attorney at Law
2125 Western Avenue, Ste 330
Seattle, Washington 98121
(206) 443-0670 Fax: (866) 471-6818