HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>vs.<br>HANY VELETANIC,<br>Defendant. | Cause No. 18-162 JLR<br>**DECLARATION OF IAN CHERRY** |

Ian Cherry declares and certifies as follows:

1. I am the owner and operator of Whiskey Tango Firearms LLC, a duly licensed FFL, doing business at 5662 Palmer Blvd., Sarasota Florida 34232.

2. On behalf of the business, I am willing to receive and effectuate the transfer of the following firearms to Aleksey Baraban:

a. one Llama pistol, model MiniMax 45, .45 caliber, bearing serial number 71-04-01614-01.
b. one Glock pistol, model 41, .45 caliber, bearing serial number XVP922.
c. one HiPoint rifle, model 995, 9mm caliber, bearing serial number B26360.



*Gilbert H. Levy*
Attorney at Law
2125 Western Avenue, Ste 330
Seattle, Washington 98121
(206) 443-0670 Fax: (866) 471-6818

d. one high precision rifle, bearing MDT-ESS marking on lower, and serial number J556270 on bolt.
e.one privately manufactured firearm ("PMF"), black pistol.
f. one PMF, black pistol.
g.one PMF, black pistol.
h.one PMF, grey pistol.
i.one PMF, rifle receiver.
j.one PMF, black/cark grey AR-pistol
k.one PMF, brown AR-pistol
L.one PMF, brown AR-pistol

3. Said transfer will be conducted in a manner consistent with all federal and state laws including, if applicable, RCW 9.41.113, (requiring most transfers of firearms to be effectuated by a licensed dealer), RCW 9.41.326, (requiring serialization of untraceable firearms for transfer to persons other than certain excepted parties), and RCW 9.41.328 (authorizing FFLs to serialize firearms , unfinished frames, and receivers).

I declare under penalty of perjury of the laws of the United States of America that the foregoing is true and correc.

DATED this _25_ day of _MARCH_________, 2025

Ian Cherry
Owner of Whiskey Tango Firearms LLC



**Gilbert H. Levy**
Attorney at Law
2125 Western Avenue, Ste 330
Seattle, Washington 98121
(206) 443-0670 Fax: (866) 471-6818